## Chemical Tank Lines, Inc. *v.* Pennsylvania Public Utility Commission, Appellant.

Argued December 1, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN and EAGEN, JJ.

*Miles Warner,* Assistant Counsel, with him *Joseph I. Lewis,* Chief Counsel, and *David Stahl,* Attorney General, for Pennsylvania Public Utility Commission, appellant.

*Harry H. Frank,* with him *Richard H. Rea, Robert J. Stewart, Christian V. Graf,* and *McNees, Wallace & Nurick,* and *Anderson, Ports, May, Beers, Blakey & Stewart,* for protestant carriers, appellants.

*Carl Helmetag, Jr.,* with him *Richard E. Costello, Lockwood W. Fogg, Jr., Malcolm R. Warnock,* and *Harris J. Latta, Jr.,* for protestant railroads, appellants.

*Robert H. Shertz,* with him *Don B. Blenko, Robert H. Young,* and *Morgan, Lewis & Bockius,* for applicants, appellees.

*Robert R. Wertz,* for cement producer, appellee.

*Thomas E. Weaver* and *Weaver & Weaver,* for cement producer, interested party, under Rule 46.

*George F. Coffin,* for cement producer, interested party, under Rule 46.

*Louis M. Stamberg* and *Morris Gerber,* for cement producer, interested party, under Rule 46.

*W. Alan Baird,* for cement producer, interested party, under Rule 46.

*Bernard Eskin, Martin B. Louis,* and *Wolf, Block, Schorr and Solis-Cohen,* for cement producer, interested party, under Rule 46.

*Ernest Scott,* and *Pepper, Hamilton & Scheetz,* for cement producer, interested party, under Rule 46.

*John F. Headly, George G. Chandler,* and *Montgomery, McCracken, Walker & Rhoads,* for cement producer, interested party, under Rule 46.

*J. H. Ward Hinkson,* for cement producer, interested party, under Rule 46.

*James McI. Henderson,* General Counsel, and *Joseph J. Gercke,* Chief, Compliance Division, Bureau of Restraint of Trade, Federal Trade Commission, of the Washington, D. C. Bar, for Federal Trade Commission, amicus curiae, under Rule 46.

OPINION PER CURIAM, March 13, 1962:

The order of the Superior Court is affirmed upon the opinion of President Judge RHODES, reported in 193 Pa. Superior Ct. 607, 165 A. 2d 668 (1960).

Justice ALPERN took no part in the consideration or decision of these appeals.